Prepared by State Reporter from Appeal Papers

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: CRANE, J.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK BATTAGLIA, Appellant.

*Crimes — manslaughter in first degree — judgment of conviction affirmed.*

*People* v. *Battaglia,* 224 App. Div. 692, affirmed.

(Argued June 20, 1928; decided July 19, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 2, 1928, which affirmed a judgment of the Erie County Court rendered upon a verdict convicting the defendant of the crime of manslaughter in the first degree.

*Bernard Swartz* and *Ernest W. McIntyre* for appellant.

*Guy B. Moore, District Attorney (William L. Marcy, Jr.,* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: CRANE, J.

NASSAU NATIONAL BANK OF BROOKLYN, Respondent, *v.* JOHN A. PAUL et al., Appellants.

*Debtor and creditor — fraudulent conveyance — real property — action to set aside conveyance of real property as in fraud of creditors.*

*Nassau National Bank* v. *Paul,* 223 App. Div. 733, affirmed.

(Submitted June 20, 1928; decided July 19, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 23, 1928, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was to set aside an alleged fraudulent conveyance of real property. The complaint alleged that the plaintiff recovered a judgment against the defendant Paul

on the 21st day of March, 1925; that an execution against him was thereafter returned wholly unsatisfied; that at the time the cause of action upon which the judgment was recovered accrued, the defendant Paul was the owner in fee simple of premises No. 936 Eighty-fourth street, Brooklyn; that on the 4th day of April, 1925, the defendant Paul conveyed these premises to the defendant Farrell, thereby leaving himself insolvent, and that the conveyance was fraudulently made without any consideration.

*Samuel R. Wachtell* for appellants.

*Lloyd B. Kanter* and *Oscar A. Lewis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: CRANE, J.

---

VILLAGE OF GREAT NECK ESTATES, Respondent, *v.* BEMAK & LEHMAN, INC., et al., Appellants, Impleaded with Another.

*Real property — municipal corporations — villages — zoning law — action to enjoin use of real property for business purposes in violation of zoning ordinance.*

*Village of Great Neck Estates v. Bemak & Lehman, Inc.,* 223 App. Div. 853, affirmed.

(Argued June 20, 1928; decided July 19, 1928.)

APPEAL from a judgment, entered May 9, 1928, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term and directing judgment in favor of plaintiff. The action was to restrain the defendants from using certain premises situated in a residence " C " district in the village of Great Neck Estates and owned by the defendants Isaac J. and Josephine K. Bemak, for business purposes in violation of the zoning ordinance of the village.